# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA ARACELA MELENDEZ-SALAZAR, <br><br>Plaintiff, <br><br>v. <br><br>GOLDEN EMPIRE TOWING, INC., et al., <br><br>Defendants. | Case No. 1:17-cv-00151-SAB <br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE <br><br>(ECF No. 24) |

This action was filed on February 3, 2017. (ECF No. 1.) On August 10, 2017, an order was entered granting the joint motion to dismiss Defendant AOC. (ECF No. 26.) On August 11, 2017, the parties filed a stipulation to dismiss this action with prejudice with each party to bear its own costs and fees. (ECF No. 24.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **August 14, 2017**

UNITED STATES MAGISTRATE JUDGE

1